```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2  JAY R. WEILL (CSBN 75434)
    Assistant United States Attorney
 3  Chief, Tax Division (DCBN 423256)
    Assistant United States Attorney
 4      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
 5      Telephone: (415) 436-7000
        Facsimile: (415) 436-6748
 6  JOSEPH A. SERGI (DCBN 480837)
    Trial Attorney, Tax Division
 7  U.S. Department of Justice
    P.O. Box 683
 8  Washington, D.C. 20044
        Telephone: (202)305-0868
 9      Facsimile:  (202)307-0054
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| & CAPITAL PARTNERS, L.P.; DAVID C. SOWARD, TMP; LEONARD BOSACK; and SANDY LERNER, aka SANDRA K. LERNER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY, by its agency, the INTERNAL REVENUE SERVICE,<br><br>Defendants. | Case No. C-01-4740 MJJ |
| LEONARD BOSACK, and SANDRA K. LERNER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY, by its agency, the INTERNAL REVENUE SERVICE,<br><br>Defendants. | Case No. C-03-4579-MJJ<br><br>**FURTHER JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>Date: November 1, 2005<br>Time: 2:00 p.m.<br>Place: Courtroom # 11, 19th Floor |

1   The parties to this consolidated action jointly submit this Further Case Management
2   Statement in anticipation of the November 1, 2005, Case Management Conference, and for the
3   reasons stated below, respectfully request that this Court continue the November 1, 2005 Case
4   Management Conference to February 7, 2006, at 2:00 p.m. via telephone, or such other later date
5   in February 2006 as is convenient for the Court.

**1.   PROCEEDINGS SINCE MARCH 30, 2004, CASE MANAGEMENT CONFERENCE**

Since the March 30, 2004, Case Management Conference, the parties have continued to conduct discovery on the procedural issues involved in this case. Several depositions have already occurred, and additional relevant documents have been exchanged.

**2.   FURTHER ANTICIPATED PROCEEDINGS**

This case involves both procedural issues and issues relating to the substance of the underlying transactions.

There has been significant discovery on the procedural issues and the parties anticipate further discovery which they believe will be completed by January 31, 2006. Once discovery is completed on the procedural issues, the parties anticipate briefing such issues and presenting them to the Court. The remaining discovery will determine whether the parties can present all procedural issues to the Court by cross-motions, or whether one or more of the procedural issues will involve a trial because of disputed facts.

To date, there has been no discovery on the substance of the underlying transactions involved in this case.

The parties request that the Court set a further status conference to occur on February 7, 2006, at 2:00 p.m. by telephone, at which time the parties anticipate that they will be able to realistically set a motions hearing date on the procedural issues.

/

/

/

*Further Joint Case Management Statement and* ~~Proposed Order~~
*Further Joint Case Management Statement and* ~~Proposed Order~~

Case Nos. C-01-4740 MJJ and C-03-4579-MJJ

In light of the ongoing discovery regarding the procedural issues, this case is not currently in the posture for assignment to an ADR process, nor is it ripe for trial setting.

                              Respectfully submitted,

                              MARTIN A. SCHAINBAUM
                              A Professional Law Corporation

Dated: October 20, 2005     By:    */s Martin Schainbaum*
                                       Martin A. Schainbaum

                              Attorneys for the Plaintiffs

                              KEVIN V. RYAN
                              United States Attorney

Dated: October 20, 2005     By:    */s/ Cynthia Stier*
                                        CYNTHIA STIER
                              Assistant U.S. Attorney

                              Attorneys for the United States of America

## **ORDER**

In light of the parties' request, and for good cause shown,

**IT IS HEREBY ORDERED** that the Case Management Conference currently scheduled for November 1, 2005, at 2:00 p.m., is continued to February 7, 2006, at ~~2:00~~ 1:45 p.m. via telephone.

**IT IS SO ORDERED.**

Dated: 10/21/2005                                                 
                                            THE HONORABLE MARTIN J. JENKINS
                                            United States District Judge

*Further Joint Case Management Statement and* ~~*Proposed Order*~~
*Further Joint Case Management Statement and* ~~*Proposed Order*~~

Case Nos. C-01-4740 MJJ and C-03-4579-MJJ