e-filing

1  PAUL SAX (STATE BAR NO. 43980)
   GEORGE A. YUHAS (STATE BAR NO. 78678)
2  MICHAEL A. BECKIUS (STATE BAR NO. 118967)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  The Orrick Building
   405 Howard Street
4  San Francisco, CA 94105-2669
   Telephone:  415-773-5700
5  Facsimile:  415-773-5759

6  Attorneys for Plaintiffs
   LEONARD BOSACK and SANDY LERNER
7

FILED
MAY 11 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | LEONARD BOSACK, et al.,              | Case No.  C-03-4579 MJJ
13 |          Plaintiffs,                  | **NOTICE OF SUBSTITUTION OF COUNSEL**
14 |     v.                                |
15 | UNITED STATES OF AMERICA, etc., et al.,|
16 |          Defendants.                  |

DOCSSF1:881527.1                              NOTICE OF SUBSTITUTION OF COUNSEL
                                                                  C-03-4579 MJJ

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
2       PLEASE TAKE NOTICE THAT Plaintiffs Leonard Bosack and Sandra Lerner
3  substitute Paul Sax, George A. Yuhas and Michael A. Beckius, attorneys at Orrick, Herrington &
4  Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105-2669, as their
5  counsel of record in the above-entitled action, in place of Martin A. Schainbaum, A Professional
6  Law Corporation, 351 California Street, Suite 800, San Francisco, CA 94104-2406.
7
8  We consent to the above substitution.       LEONARD BOSACK
9  Dated: 8 May, 2006
10
                                                _____
11                                              Plaintiff, Leonard Bosack
12
13                                              SANDRA K. LERNER
14
15                                              _____
                                                Plaintiff, Sandra K. Lerner
16
17  I consent to the above substitution.        MARTIN A. SCHAINBAUM
                                                Martin A. Schainbaum, A Professional Corporation
18  Dated: _____, 2006
19
20                                              _____
                                                Martin A. Schainbaum
21                                              Former Attorney for Plaintiffs
                                                LEONARD BOSACK and SANDRA K. LERNER
22
    We accept the above substitution.           PAUL SAX
23                                              GEORGE A. YUHAS
    Dated: _____, 2006                 MICHAEL A. BECKIUS
24                                              Orrick, Herrington & Sutcliffe LLP
25
26                                              _____
                                                George A. Yuhas
27                                              New Attorneys for Plaintiffs
                                                LEONARD BOSACK and SANDRA K. LERNER
28

DOCSSF1:881527.1                    - 1 -                NOTICE OF SUBSTITUTION OF COUNSEL
                                                         C-03-4579 MJJ

Case 3:03-cv-04579-MJJ   Document 40   Filed 05/11/06   Page 3 of 5

05/07/2006 01:58 FAX   Case 3:03-cv-04579-MJJ   Document 39   Filed 05/10/2006   Page 3 of 6   ☒003/003
08-MAY-06 19:32        Chawton House Stables            0142087320            PAGE: 1
05/07/2006 00:52 FAX                                                          ☒003/003

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE THAT Plaintiffs Leonard Bosack and Sandra Lerner
3  substitute Paul Sax, George A. Yuhas and Michael A. Beckius, attorneys at Orrick, Herrington &
4  Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105-2669, as their
5  counsel of record in the above-entitled action, in place of Martin A. Schainbaum, A Professional
6  Law Corporation, 351 California Street, Suite 800, San Francisco, CA 94104-2406.

7

8  We consent to the above substitution.    LEONARD BOSACK
9  Dated: 5/8_____, 2006

10
11                                     Plaintiff, Leonard Bosack
12
13                                 SANDRA K. LERNER
14
15                                   Plaintiff, Sandra K. Lerner
16
17  I consent to the above substitution.    MARTIN A. SCHAINBAUM
18  Dated: _____, 2006        Martin A. Schainbaum, A Professional Corporation
19
20                                   Martin A. Schainbaum
21                                Former Attorney for Plaintiffs
                              LEONARD BOSACK and SANDRA K. LERNER
22
23  We accept the above substitution.       PAUL SAX
24  Dated: _____, 2006        GEORGE A. YUHAS
                                            MICHAEL A. BECKIUS
                                            Orrick, Herrington & Sutcliffe LLP
25
26
27                                   George A. Yuhas
                              New Attorneys for Plaintiffs
28                              LEONARD BOSACK and SANDRA K. LERNER

DOCSSF1:861527.1                - 1 -                    NOTICE OF SUBSTITUTION OF COUNSEL
                                                                  C-03-4579 MJJ

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT Plaintiffs Leonard Bosack and Sandra Lerner substitute Paul Sax, George A. Yuhas and Michael A. Beckius, attorneys at Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105-2669, as their counsel of record in the above-entitled action, in place of Martin A. Schainbaum, A Professional Law Corporation, 351 California Street, Suite 800, San Francisco, CA 94104-2406.

We consent to the above substitution.          LEONARD BOSACK

Dated: _____, 2006

_____
Plaintiff, Leonard Bosack

SANDRA K. LERNER

_____
Plaintiff, Sandra K. Lerner

I consent to the above substitution.           MARTIN A. SCHAINBAUM
                                               Martin A. Schainbaum, A Professional Corporation
Dated: 2 May, 2006

_____
Martin A. Schainbaum
Former Attorney for Plaintiffs
LEONARD BOSACK and SANDRA K. LERNER

We accept the above substitution.              PAUL SAX
                                               GEORGE A. YUHAS
Dated: _____, 2006                   MICHAEL A. BECKIUS
                                               Orrick, Herrington & Sutcliffe LLP

_____
George A. Yuhas
New Attorneys for Plaintiffs
LEONARD BOSACK and SANDRA K. LERNER

DOCSSF1:881527.1                    - 1 -                    NOTICE OF SUBSTITUTION OF COUNSEL
                                                             C-03-4579 MJJ

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT Plaintiffs Leonard Bosack and Sandra Lerner

3  substitute Paul Sax, George A. Yuhas and Michael A. Beckius, attorneys at Orrick, Herrington &

4  Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105-2669, as their

5  counsel of record in the above-entitled action, in place of Martin A. Schainbaum, A Professional

6  Law Corporation, 351 California Street, Suite 800, San Francisco, CA 94104-2406.

8  We consent to the above substitution.            LEONARD BOSACK

9  Dated: _____, 2006

11                                                   _____
                                                     Plaintiff, Leonard Bosack

13                                                   SANDRA K. LERNER

15                                                   _____
                                                     Plaintiff, Sandra K. Lerner

17  I consent to the above substitution.             MARTIN A. SCHAINBAUM
                                                     Martin A. Schainbaum, A Professional Corporation
18  Dated: _____, 2006

20                                                   _____
                                                     Martin A. Schainbaum
                                                     Former Attorney for Plaintiffs
21                                                   LEONARD BOSACK and SANDRA K. LERNER

22  We accept the above substitution.                PAUL SAX
                                                     GEORGE A. YUHAS
23  Dated: May 8, 2006                               MICHAEL A. BECKIUS
                                                     Orrick, Herrington & Sutcliffe LLP

25  IT IS SO ORDERED

27  _____              _____
    MARTIN J. JENKINS                                George A. Yuhas
    UNITED STATES DISTRICT JUDGE                     New Attorneys for Plaintiffs
28                                                   LEONARD BOSACK and SANDRA K. LERNER
    5/11/06
    DATE

DOCSSF1:881527.1                          - 1 -                NOTICE OF SUBSTITUTION OF COUNSEL
                                                               C-03-4579 MJJ