| | |
|---|---|
| PAUL J. SAX (CSBN #43980) | KEVIN V. RYAN (CSBN #118321) |
| GEORGE A. YUHAS (CSBN #78678) | United States Attorney |
| MICHAEL A. BECKIUS (CSBN #118967) | |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | JAY R. WEILL (CSBN #75434) |
| The Orrick Building | Assistant United States Attorney |
| 405 Howard Street | Chief, Tax Division |
| San Francisco, CA 94105-2669 | |
| Tel: 415-773-5700 | JOSEPH A. SERGI (DCBN #480837) |
| Fax: 415-773-5759 | Trial Attorney, Tax Division |
| | U.S. Department of Justice |
| Attorneys for Plaintiffs | P.O. Box 683 |
| LEONARD BOSACK and SANDY LERNER | Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Tel: 202-305-0868 |
| MARTIN A. SCHAINBAUM (CSBN #37257) | Fax: 202-307-0054 |
| MARTIN A. SCHAINBAUM, P.C. | |
| 351 California Street, Suite 800 | Attorneys for Defendants. |
| San Francisco, CA 94104 | |
| Tel: 415-777-1040 | |
| Fax: 415-981-1065 | |

Attorneys for Plaintiffs
& CAPITAL PARTNERS, L.P. and DAVID C. SOWARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| & CAPITAL PARTNERS, L.P.; DAVID C. SOWARD, TMP; LEONARD BOSACK and SANDY LERNER, aka SANDRA K. LERNER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY, by its agency, the INTERNAL REVENUE SERVICE, <br><br> Defendants. | Case No. C-01-4740 MJJ |

-1-

| | |
|---|---|
| LEONARD BOSACK and SANDRA K. LERNER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY, by its agency, the INTERNAL REVENUE SERVICE,<br><br>Defendants. | Case No. C-03-4579 MJJ<br><br>**STIPULATION TO STAY CASE MANAGEMENT PLAN AND [~~Proposed~~] ORDER** |

Plaintiffs & Capital Partners, L.P., David C. Soward, Leonard Bosack and Sandy Lerner, by and through their attorneys, and Defendants United States of America, Department of the Treasury, by its agency, the Internal Revenue Service (the "Defendants"), by and through their attorneys, hereby stipulate and agree as follows:

WHEREAS, the parties are engaged in settlement discussions and are hopeful of resolving these cases without the necessity of trial;

WHEREAS, the Amended Pretrial Orders signed by the Court on or about February 7, 2006, as amended, set a cutoff date for non-expert discovery of September 26, 2006 and an October 17, 2006 hearing date for dispositive motions;

WHEREAS, all parties to these cases have agreed through counsel that the potential settlement of this case justifies staying non-expert discovery and dispositive motions until after the Settlement Conference on January 18, 2007.

/
/
/
/

1  /

2  IT IS THEREFORE STIPULATED THAT:

3  Subject to the Court's approval, the case management plan be stayed until January 27,
4  2007. Should the case not be resolved, the parties will submit a Joint Case Management Plan on
5  or before February 1, 2007.

Dated: September 27, 2006
PAUL J. SAX
GEORGE A. YUHAS
MICHAEL A. BECKIUS
Orrick, Herrington & Sutcliffe, LLP

By /s Michael A. Beckius
Michael A. Beckius
Attorneys for Plaintiffs Leonard Bosack and
Sandy Lerner

Dated: September 27, 2006
MARTIN A. SCHAINBAUM
Martin A. Schainbaum, P.C.

By /s Martin A. Schainbaum
Martin A. Schainbaum
Attorneys for Plaintiffs & Capital Partners, L.P.
and David Soward

Dated: September 27, 2006
KEVIN V. RYAN
United States Attorney

By /s Joseph A. Sergi
Joseph A. Sergi
Attorneys for Defendant United States of
America, Department of the Treasury, by its
agency, the Internal Revenue Service

**IT IS SO ORDERED**:

Dated: October 5, 2006

Martin J. Jenkins
United States District Judge

-3-

STIPULATION TO STAY CASE MANAGEMENT PLAN AND [          ] ORDER;
U.S.D.C. NOS. C 01-4740 MJJ, C 03-4579-MJJ

US_WEST:260057736.1

1940255.1