1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| & CAPITAL PARTNERS, L.P.;<br>DAVID C. SOWARD, et al., | |
|     Plaintiffs, | No. C-01-04740 MJJ (EDL) |
|     v. | |
| UNITED STATES OF AMERICA,<br>DEPARTMENT OF THE TREASURY, | |
|     Defendant._____/ | |
| LEONARD BOSACK and SANDRA K. LERNER, | |
|     Plaintiffs, | No. C03-4579 MJJ (EDL) |
|     v. | NOTICE OF CONTINUANCE<br>OF SETTLEMENT CONFERENCE |
| UNITED STATES OF AMERICA,<br>DEPARTMENT OF THE TREASURY,_____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for January 18, 2007 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California , has been continued until **January 24, 2007 at 9:00 a.m**.

1   On or before January 17, 2007, the parties shall deliver directly to the magistrate judge a Confidential Settlement Conference Statement which shall not be filed with the Clerk of the Court or served upon parties. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: January 8, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge