IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| & CAPITAL PARTNERS, L.P. et al,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/<br>LEONARD BOSACK, et al,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | No. C01-04740 MJJ<br>No. C03-04579 MJJ<br><br><br><br>**FURTHER ORDER REGARDING<br>CONDITIONAL DISMISSAL** |

    On May 7, 2007, this Court issued a Further Order of Conditional Dismissal. (Docket No. 77.) On June 7, 2007, the parties jointly notified the Court that, although settlement has been reached, additional time is needed to finalize refund calculations.

    Accordingly, IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to the Court, within thirty (30) days of this Order, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: 6/20/07

                                            MARTIN J. JENKINS<br>                                            UNITED STATES DISTRICT JUDGE